FILED
MAR 0 9 2010
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 10-0023 (ESH) |
| ) | |
| LAWRENCE ELVIN THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In a hearing before Magistrate Judge Alan Kay on February 19, 2010, defendant Lawrence Elvin Thomas entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

/s/ Ellen S. Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 9, 2010